UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMILIA ORTIZ,                                    Docket No.:

                Plaintiff,

   -against-                                    **RULE 7.1 STATEMENT**

WAL-MART REALTY COMPANY AND
WAL-MART REAL ESTATE BUSINESS TRUST,
and WAL-MART STORES EAST, LP,

                Defendants.
------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly local general rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAL-MART STORES EAST, LP (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

    WAL-MART STORES, INC

    WAL-MART DE MEXICO

    SEIYU

Dated: Northport, New York
       June 22, 2007

                                            Yours, etc.

                                            BRODY, O'CONNOR & O'CONNOR, ESQS.
                                            Attorneys for Defendant
                                            WAL-MART STORES EAST, LP

                                            By: _____
                                                   PATRICIA A. O'CONNOR (PO 5645)
                                            7 Bayview Avenue
                                            Northport, New York 11768