UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMILIA ORTIZ,                                                                  Docket No.:

                      Plaintiff,

       -against-                                                                **RULE 7.1 STATEMENT**

WAL-MART REALTY COMPANY AND
WAL-MART REAL ESTATE BUSINESS TRUST,
and WAL-MART STORES EAST, LP,

                      Defendants.
------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly local general rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WAL-MART STORES EAST, LP (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

       WAL-MART STORES, INC

       WAL-MART DE MEXICO

       SEIYU

Dated: Northport, New York
       June 22, 2007

                                          Yours, etc.

                                          BRODY, O'CONNOR & O'CONNOR, ESQS.
                                          Attorneys for Defendant
                                          WAL-MART STORES EAST, LP

                                 By: _____
                                          PATRICIA A. O'CONNOR (PO 5645)
                                          7 Bayview Avenue
                                          Northport, New York 11768

(631) 261-7778  
File No.: WM 07-233 NM

TO:   HOFFMAIER & HOFFMAIER, LLP  
       Attorneys for Plaintiff  
       Thirty Avenue B  
       New York, New York 10009  
       (212) 777-9400

DECLARATION OF SERVICE BY MAIL

STATE OF NEW YORK )
                        )ss.:
COUNTY OF SUFFOLK )

**STEPHANIE INZERILLO**, hereby declares, pursuant to 28 U.S.C., Section 1746 and Local Civil Rule 1.10 of this Court, that I am not a party to the action; I am over 18 years of age and reside at **Nesconset,** New York.

On June 22, 2007, I served the within **RULE 7.1 STATEMENT** by depositing a true copy of the same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name:

        HOFFMAIER & HOFFMAIER, LLP
        Attorneys for Plaintiff
        Thirty Avenue B
        New York, New York 10009
        (212) 777-9400

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2007.

                                                          **STEPHANIE INZERILLO**

*Index No.* _____ *Year 20*___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMILIA ORTIZ,

Plaintiff(s),

-against-

WAL-MART REALTY COMPANY AND
WAL-MART REAL ESTATE BUSINESS TRUST,

Defendant(s).

---

### RULE 7.1 STATEMENT

---

**BRODY, O'CONNOR & O'CONNOR, ESQS.**

*Attorneys for*

Defendant

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ................................  *Signature* ................................................................

*Print Signer's Name* ................................................

---

*Service of a copy of the within* _____ *is hereby admitted.*

*Dated:*

*Attorney(s) for*

---

PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a _____
entered in the office of the clerk of the within named Court on _____ 20___

☐ **NOTICE OF SETTLEMENT**
that an Order of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named Court,
at _____
on _____ 20___, at _____ M.

*Dated:*

**BRODY, O'CONNOR & O'CONNOR, ESQS.**

*Attorneys for*

7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768
(631) 261-7778
FAX (631) 261-6411

*To:*