UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
EMILIA ORTIZ,                                                                                   **APPEARANCE**

                                                                                                            Civil Action No.
                                                    Plaintiff,                                     07 - CV - 6020
                                                                                                            ECF CASE
            -against -
                                                                                                            Justice Deborah Batts
                                                                                                            Magistrate Judge
                                                                                                            James C. Francis

WAL-MART REALTY COMPANY,
WAL-MART REAL ESTATE BUSINESS                                      N.Y. Supreme Court,
TRUST, AND                                                                              Bronx County
WAL-MART STORES EAST, LP,                                             Index No: 15689-07

                                                    Defendants.
------------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff Emilia Ortiz.

    I certify that I am admitted to practice in this court.

Dated:     New York, New York
                August 15, 2007


                                                                        Yours, etc.

                                                                        s/James C. Hoffmaier
                                                                        James C. Hoffmaier
                                                                        Atty Reg #2376556
                                                                        HOFFMAIER &
                                                                        HOFFMAIER, LLP
                                                                        Attorney for Plaintiff
                                                                        30 Avenue B
                                                                        New York, New York, 10009
                                                                        (212) 777-9400

1