UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :

Emilia Ortiz
            Plaintiff(s)             :

      - against -                    :

Wal-Mart
            Defendant(s)             :
- - - - - - - - - - - - - - - - - - - :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2007

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 civ 6020 (DAB)( )

(m J. Francis)

IT IS HEREBY STIPULATED by the undersigned:

   1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____        _____
HOFFMAIER & HOFFMAIER, LLP               Patricia A. O'Connor    P0564
Attorney(s) for Plaintiff(s)             Attorney(s) for Defendant(s)
Address 30 Avenue B, 1st Floor           Address 7 Bayview Avenue, Northport
        NY, NY 10009
Telephone (212)777-9400                  Telephone (631) 261-7778

Attorney(s) for _____          Attorney(s) for _____
Address                                  Address
Telephone                                Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

9-27-07
_Deborah A. Batts_
                    U.S.D.J.

Magistrate Judge FRANCIS _____ was assigned this case on _____
Sept 27, 2007
_Bill Delany_
                For: Clerk U.S.D.C. S.D.N.Y.