UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
EMILIA ORTIZ,                       : 07 Civ. 6020 (JCF)
                                    :
              Plaintiff,            : O R D E R
                                    :
     - against -                    :
                                    :
WAL-MART REALTY COMPANY AND         :
WAL-MART REAL ESTATE BUSINESS       :
TRUST, and WAL-MART STORES EAST,    :
LP,                                 :
                                    :
              Defendants.           :
- - - - - - - - - - - - - - - - - - :



JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference having been held on November 2, 2007, it is hereby ORDERED as follows:

    1.  All discovery shall be completed by January 31, 2008.

    2.  The pretrial order shall be submitted by February 29, 2008 unless any dispositive motion is filed by that date.  If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

    SO ORDERED.

*James C. Francis IV* (signature)
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
           November 5, 2007

1

Copies mailed this date:

Neva Hoffmaier, Esq.
Hoffmaier & Hoffmaier, LLP
Thirty Avenue B
New York, New York

Joseph P. Minasi, Esq.
Brody, O'Connor & O'Connor
7 Bayview Avenue
Northport, New York 11768