## Topic: Slips, Trips, and Falls
## Weeks: 1-2

Follow these guidelines to help prevent Slips, Trips, and Falls within a facility.

- Avoid placing pallets on the sales floor between 8:00 a.m. and 9:00 p.m.
- Have paper towel, All-Zorb pads and pocket caution cones available to associates. Properly locate, stock, and maintain spill stations.
- Listen for the "TONE" and complete safety sweeps when called on Wal-Mart Radio on a periodic basis.
- Review Inclement Weather Plans on the WIRE.
- Notify a member of management to submit a work order to Facilities Maintenance (1- 800-932-3367 Option-1) when repairs are needed for the parking lot and sidewalks.
- Contact the Home Office Safety Department 479-273-4289.

## What's Right or Wrong with this Picture?



**Right:** A **caution cone** is used to help alert associates and customers to a spill.

**Wrong:** There is no **associate present** to **"guard"** the spill until it can be cleaned up.

**WM2007-56934C000081**