WM 07-233 NM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

EMILIA ORTIZ,

                Plaintiff,

-against-

WAL-MART REALTY COMPANY,
WAL-MART REAL ESTATE BUSINESS TRUST,
and WAL-MART STORES EAST, LP,

                Defendant.
----------------------------------------------------------------X

Docket No.: 07 CV 6020 JCF
& ORDER

STIPULATION OF DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same is hereby discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice to any party with the Clerk of the Court.

Dated: Northport, New York
       December 17, 2007

_____
HOFFMAIER & HOFFMAIER, LLP
Attorney for Plaintiff
Thirty Avenue B
New York, New York 10009
212-777-9400

_____
BRODY, O'CONNOR & O'CONNOR
Attorneys for Defendants
7 Bayview Avenue
Northport, New York 11768
631-261-7778

SO ORDERED.
James C. Francis IV
USMJ